B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blue Sun Advanced Fuels** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**EIN 38-3897555** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1687 Cole Blvd., Suite 100**<br>**Lakewood, CO**<br>ZIP Code **80401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3440 Youngfield St., Suite 409**<br>**Wheat Ridge, CO**<br>ZIP Code **80033** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **5701 Stockyards Expressway**<br>**Saint Joseph, MO 64504** |

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which |
|---|---|---|
| (Form of Organization) (Check one box) | (Check one box) | the Petition is Filed (Check one box) |

**Type of Debtor** (Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Blue Sun Advanced Fuels** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Blue Sun Advanced Fuels** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X   /s/Todd A. Burgess
Signature of Attorney for Debtor(s)

**Todd A. Burgess 19013**
Printed Name of Attorney for Debtor(s)

**Gallagher & Kennedy, P.A.**
Firm Name

**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**

Address

**Email: john.clemency@gknet.com**
**602-530-8000  Fax: 602-530-8500**
Telephone Number

7/31/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/Jerry Washburn
Signature of Authorized Individual

**Jerry Washburn**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

7/31/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Blue Sun Advanced Fuels**                                              Case No. _____
_____,
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Blue Sun Biodiesel, LLC** **Western District of Missouri** | **Affiliate** | **07/31/15** |
| **Blue Sun Energy, Inc.** **Western District of Missouri** | **Affiliate** | **07/31/15** |
| **Blue Sun St. Joe Refining, LLC** **Western District of Missouri** | **Affiliate** | **07/31/15** |

B4 (Official Form 4)

# United States Bankruptcy Court
## For the Western District of Missouri

In re **Blue Sun Advanced Fuels, LLC**

Debtor(s)

Case No.

Chapter    **11**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [ *or*

chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is

such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured

claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See

11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Applied Research Associates | 4300 San Mateo Blvd NE ALBUQUERQUE NM 87110 | trade debt | | $          179,476.88 |
| Patriarch Oleo | P.O. Box 355 GARRETT IN 46738-0355 | trade debt | | 16,148.34 |
| Henneman Engineering Inc. | 1605 S. State Street CHAMPAIGN IL 61820 | trade debt | | 14,061.73 |
| Johnson Controls | P.O. Box 730068 DALLAS TX 75373 | trade debt | | 8,975.86 |
| Hero Flare, LLC | | trade debt | | 7,950.00 |
| KCP&L | | trade debt | | 6,857.99 |
| Baker Corp.-St. Louis Branch | 2324 Kearbey Lane SOUTH ROXANA IL 62087 | trade debt | | 5,105.00 |
| Messplay Machinery Co. | 7822 Conser Place Overland Park KS 66204 | trade debt | | 4,204.00 |
| Cintas | P.O. Box 88005 CHICAGO IL 60680-1005 | trade debt | | 3,510.64 |
| Ferguson Enterprises, Inc. | 1845 E. Indian School Rd., Phoenix, AZ 85016 | trade debt | | 3,050.62 |
| Praxair Distribution | Dept. CH 10660 Palantine IL 60055-0660 | trade debt | | 2,742.58 |
| ZW Tech | 3901 Fairbanks Ave KANSAS CITY KS 66106 | trade debt | | 2,655.20 |
| Mid-States Supply Co. Inc. | NW6275 Minneapolis MN 55485-6275 | trade debt | | 2,453.49 |
| JCI Industries, Inc. | 1110 S. 14th Ave, Dodge City, KS 67801 | trade debt | | 2,177.01 |
| VWR International, LLC | P.O. Box 640169, Pittsburgh, PA 15264 | trade debt | | 1,880.96 |
| Winsupply | 818 South 6th Street, St. Joseph, MO 64501 | trade debt | | 1,690.56 |
| Midwest Mobile Radio Service, Inc. | 812 S. 10th Street, St. Joseph, MO 64501 | trade debt | | 1,602.00 |
| United Rentals | P.O. Box 840514, Dallas, TX 75284 | trade debt | | 1,586.55 |
| Cullum and Brown of K.C., Inc. | P.O. Box 12438, Kansas City, MO 64116 | trade debt | | 1,404.00 |
| Mobile Mini, Inc. | 4646 E. Van Buren, Suite 400, Phoenix, AZ  85008 | trade debt | | 1,109.14 |
| | | | | |
| | | | | |

**TOTAL**                                                                                                                                                   $          268,642.55

**DECLARATION UNDER PENALTY OF PERJURY**

**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my

information and belief.

Date  July 31, 2015                                         Signature    /s/Jerry Washburn

                                                                        **Jerry Washburn**

                                                                        **Chief Financial Officer**

*Penalty for making a false statement or concealing property* :  Fine of up to $500,000 or imprisonment for up to 5 years or both.

          18 U.S.C. §§ 152 and 3571.

20

Official Form 6 - Summary

# UNITED STATES BANKRUPTCY COURT

**For the Western**    District Of    **Missouri**

In re: **Blue Sun Advanced Fuels, Inc.**                    Case No.: _____

               **Debtor(s)**

.                                                                Chapter No.: **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B -Personal Property | YES | 5 | $4,550,812.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $3,032,833.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $21,009.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $4,228,553.03 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| **TOTAL** | | 20 | $4,550,812.00 | $7,282,396.30 | |

Form B6A (10/05)

**In re:**  **Blue Sun Advanced Fuels, Inc.**                              **Case No.:**
_____                              _____
        **Debtor(s)**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total ▶            $                    -

(Report also on Summary of Schedules)

Total Number of Sheets: _____

Form B6B (10/05)

In re:   **Blue Sun Advanced Fuels, Inc.**                                Case No. _____
_____
     **Debtor(s)**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Nodaway Valley Bank Checking Acct #1704 | | $              671.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Form B6B-Cont (10/05)

In re:   **Blue Sun Advanced Fuels, Inc.**                                    Case No. _____
         **Debtor(s)**                                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | A/R from Applied Research Associates<br>Due from related party entities<br>*(for accounting purposes, not collectible)* | | $          278,157.00<br>$          696,638.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |

Form B6B-Cont (10/05)

In re:    **Blue Sun Advanced Fuels, Inc.**                                    Case No. _____

    **Debtor(s)**                                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other com-pilations containing personally identifiable information as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connec-tion with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |

Form B6B-Cont (10/05)

In re: **Blue Sun Advanced Fuels, Inc.**                         Case No. _____
        Debtor(s)                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | CH Plant Operating Equipment- See Exhibit B.1 | | $ 3,572,624.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid medical and dental insurance premiums | | $ 2,722.00 |

          _0_  continuation sheets attached          **Total ▶**          $ 4,550,812.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Blue Sun Advanced Fuels, LLC**                                              EXHIBIT B.1
**Acct # 16475 - Plant Operating Equipment**
**as of JUNE 30, 2015**

| Description | Asset # | Balance at 06/30/2015 |
|---|---|---|
| 3 GPM RO cartridge system | 9003 | 9,319.35 |
| Feedstock day tank, 5,000 gal | 9005 | 14,974.52 |
| Process Skids, Xytel, equipped | 9006 | 951,359.87 |
| CH prod tanks, 15,000 gal | 9007 | 29,996.00 |
| Product Loadout Pump | 9008 | 1,879.08 |
| Thrml oxidzr/vapor cntrl skid | 9009 | 235,053.96 |
| Fire protection equipmt | 9010 | 51,588.55 |
| Facility Infrastructure | 9011 | 1,032,424.89 |
| Engineering support & svcs | 9012 | 279,087.90 |
| Specialty devices, gauges, etc | 9013 | 28,267.42 |
| Buildings & Structures | 9014 | 27,258.29 |
| CH Upgrades - Navy | 9015 | 910,691.22 |
| CH Upgrades - Navy 2 | 9016 | 722.81 |

| **Month End Balance** | **$** | **3,572,623.86** |
|---|---|---|

Official Form 6D (10/06)

In re: **Blue Sun Advanced Fuels, Inc.**                Case No. _____
 _____
         **Debtor(s)**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zampell Refractories, Inc/<br>Performance Specialty Services<br>3 Stanley Tucker Dr.<br>Newburyport, MA 01950 | | | Balance due under settlement agreement with BSSJ of $88,000 ($55,166.27 on BSSJ Schedule D) Secured by Mechanics Lien on plant #14BU-MC00983<br><br>VALUE     Unknown | | | | $      32,833.73 | $            - |
| ACCOUNT NO.<br><br>John and Joann Horton Family Limited Partnership<br>c/o Locke Lord LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | | | <br><br><br>All assets<br>VALUE     Unknown | | | | $   3,000,000.00 | $            - |
| ___0___  continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $   3,032,833.73 | $            - |
| | | | Total ▶<br>(Use only on last page) | | | | $   3,032,833.73 | $            - |

(Report also on Summary of Schedules)                  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/13)

In re ___Blue Sun Advanced Fuels, LLC___,                    Case No._____
          *Debtor*                                                        *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on this Schedule E in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

**In re** Blue Sun Advanced Fuels, LLC _____ , **Case No.** _____
_____Debtor_____                                              *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re  Blue Sun Advanced Fuels, LLC                                    ,        Case No. _____
            _____
                          *Debtor*                                                                      *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Estimated employee wages and related taxes | | | Pay period July 19 - 31, 2015 | | | | 19,000.00 | 19,000.00 | |
| Account No.<br><br>Accrued estimated PTO for employees as of June 30, 2015 | | | Various | | | | 2,009.54 | 2,009.54 | |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)   $ 21,009.54   $ 21,009.54

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 21,009.54

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 21,009.54   $

B6F (Official Form 6F) (12/07)

In re   **Blue Sun Advanced Fuels**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Aitchison Richmond** **502 Sylvanie Street** **Dallas, TX 75267-7205** | - | | | | | | 304.29 |
| Account No. | | | | | | | |
| **Applied Research Associates** **4300 San Mateo Blvd NE** **Albuquerque, NM 87110** | | | | | | | 179,476.88 |
| Account No. | | | | | | | |
| **Badger Meter** **Box 88223** **Milwaukee, WI 53288-0223** | - | | | | | | 542.64 |
| Account No. | | | | | | | |
| **Baker Corp.-St.Louis Branch** **2324 Kearbey L ane** **South Roxana, IL 62087** | - | | | | | | 5,105.00 |

| | | |
|---|---|---|
| __6__   continuation sheets attached | Subtotal (Total of this page) | 185,428.81 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    S/N:36175-150709    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blue Sun Advanced Fuels**                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Expense reimbursement (COO) | | | | |
| **Bruce Baughman**<br>**407 E. Orchard**<br>**Mahomet, IL 61853** | - | | | | | | 4,462.47 |
| Account No. | | | | | | | |
| **Cintas**<br>**P.O. Box 88005**<br>**Chicago, IL 60680-1005** | - | | | | | | 3,510.64 |
| Account No. | | | | | | | |
| **Cullum and Brown of K.C., Inc.**<br>**P.O. Box 12438**<br>**Kansas City, MO 64116** | - | | | | | | 1,404.00 |
| Account No. | | | | | | | |
| **Ferguson Enterprises, Inc.**<br>**1845 E. Indian School Road**<br>**Phoenix, AZ 85016** | - | | | | | | 3,050.62 |
| Account No. | | | | | | | |
| **Hanna Rubber Co.**<br>**908 West 25th Street**<br>**Kansas City, MO 64108** | - | | | | | | 573.06 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,000.79**

B6F (Official Form 6F) (12/07) - Cont.

In re **Blue Sun Advanced Fuels** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Henneman Engineering Inc. 1605 S. State Street Champaign, IL 61820 | | - | | | | | | 14,061.73 |
| Account No. | | | | | | | | |
| Hero Flare 445 FM 20 Bastrop, TX 78602 | | - | | | | | | 7,950.00 |
| Account No. | | | | | | | | |
| JCI Industries, Inc. 1110 S 14th Ave Dodge City, KS 67801 | | - | | | | | | 2,177.01 |
| Account No. | | | | | | | | |
| Johnson Controls P.O. Box 730068 Dallas, TX 75373 | | - | | | | | | 8,975.86 |
| Account No. | | | | | | | | |
| KCP&L P.O. Box 219703 Kansas City, MO 64121 | | - | | | | | | 6,857.99 |

| Sheet no. _2_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 40,022.59 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blue Sun Advanced Fuels**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Messplay Machinery Co.**<br>**7822 Conser Place**<br>**Overland Park, KS 66204** | - | | | | | | 4,204.00 |
| Account No.<br><br>**Mid-States Supply Co. Inc.**<br>**NW6275**<br>**Minneapolis, MN 55485-6275** | - | | | | | | 2,453.49 |
| Account No.<br><br>**Midwest Mobile Radio Service, Inc.**<br>**812 S. 10th Street**<br>**Saint Joseph, MO 64501-3694** | - | | | | | | 1,602.00 |
| Account No.<br><br>**Mobile Mini, Inc.**<br>**4646 E. Van Buren, Suite 400**<br>**Phoenix, AZ 85008** | - | | | | | | 1,109.14 |
| Account No.<br><br>**Patriarch Oleo**<br>**P.O. Box 355**<br>**Garrett, IN 46738-0355** | - | | | | | | 16,148.34 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,516.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blue Sun Advanced Fuels**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Praxair Distribution Dept. CH 10660 Palatine, IL 60055-0660 | | - | | | | | | 2,742.58 |
| Account No. | | | | | | | | |
| Reardon Machine Co. 5015 S.E. Highway 169 Saint Joseph, MO 64507 | | - | | | | | | 40.00 |
| Account No. | | | | | | | | |
| Related party payable to Blue Sun Biodiesel, LLC | | - | | | | | | 3,920,471.31 |
| Account No. | | | | | | | | |
| Spraying Systems Co. PO Box 7900 Wheaton, IL 60187-7901 | | - | | | | | | 180.17 |
| Account No. | | | | | | | | |
| St. Joseph Electrical 1515 Buchanan Saint Joseph, MO 64501 | | - | | | | | | 236.65 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,923,670.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Blue Sun Advanced Fuels** ,                Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pass through amount due for 2014 real property taxes and 2015 real property tax accrual under lease agreement | | | | |
| Terra Bioenergy, LLC 5701 Stockyards Expressway Saint Joseph, MO 64504 | | - | | | | | | 32,134.89 |
| Account No. | | | | | | | | |
| United Rentals P.O. Box 840514 Dallas, TX 75284-0514 | | - | | | | | | 1,586.55 |
| Account No. | | | | | | | | |
| Van's Distributing Co. 403 Mulberry St. Braddyville, IA 51631 | | - | | | | | | 585.00 |
| Account No. | | | | | | | | |
| VWR International, LLC P.O. Box 640169 Pittsburgh, PA 15264-1069 | | - | | | | | | 1,880.96 |
| Account No. | | | | | | | | |
| Wachter, Inc. 16001 West 99th Street Lenexa, KS 66219 | | - | | | | | | 380.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,567.40

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blue Sun Advanced Fuels**                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Winsupply** **818 South 6th Street** **Saint Joseph, MO 64501** | | - | | | | | | 1,690.56 |
| Account No. | | | | | | | | |
| **ZW Tech** **3901 Fairbanks Ave** **Kansas City, KS 66106** | | - | | | | | | 2,655.20 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,345.76

Total
(Report on Summary of Schedules)          4,228,553.03

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Form B6G (10/05)

In re:  **Blue Sun Advanced Fuels, LLC**                                    Case No. _____
       _____
       **Debtor(s)**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, *i.e.,* "Purchaser," "Agent," *etc.*  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| **NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT.** | **DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT.** |
|---|---|
| See Attached Exhibit at Schedule G.1 | |
| | |
| | |
| | |
| | |
| | |
| | |

| Blue Sun Advanced Fuel, LLC | | | | | | EXHIBIT G.1 |
|---|---|---|---|---|---|---|
| **Executory Contracts** | | | | | | |
| **July 31, 2015** | | | | | | |
| | | | | | | |
| | | | | | | |
| **CATEGORY** | **PARTY TO AGREEMENT/ CONTRACT** | **ADDRESS 1** | **ADDRESS 2** | **DESCRIPTION OF CONTRACT/ NOTES** | **Start Date** | **Amount** |
| Sublease | Blue Sun St. Joe Refining, LLC | 5701 Stockyards Expy | St Joseph, MO 64504 | Use of a portion of land leased to BSSJ by Terra Bioenergy for the construction, equipping and operation of a demonstration-scale biofuels isoconversion palnt. | 10/1/2013 | $100 annually |
| Technology Collaboration Agreement | Applied Research Associates, Inc. | 4300 San Mateo Blvd NE | Albuquerque, New Mexico | Advanced Fuels Plant - Use of BIC process in order to achieve the Commercial Purpose. | 1/6/2013 | |

B 6H (Official Form 6H) (12/07)

In re  Blue Sun Biodiesel, LLC                    ,          Case No. _____
                    **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Blue Sun St. Joe Refining, LLC<br>Blue Sun Energy, Inc.<br>Blue Sun Biodiesel, LLC | John and Joann Family Limited Partnership<br>c/o Locke Lord LLP<br>111 Huntington Ave.<br>Boston, MA 02199 |
| | |
| | |
| | |
| | |
| | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re   **Blue Sun Advanced Fuels**

Debtor(s)

Case No.

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   7/31/2015

Signature   /s/Jerry Washburn

**Jerry Washburn**
**CFO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# UNITED STATES BANKRUPTCY COURT

for the Western _____ **DISTRICT OF** _____ Missouri _____

In re: Blue Sun Advanced Fuels, LLC _____    Case No. _____
_____Debtor_____    _____(if known)_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1. **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $278,157 | Internally prepared income statement for the 6 months ended June 30, 2015 |
| $374,973 | Internally prepared income statement for the year ended December 31, 2014 |
| $0 | Internally prepared income statement for the year ended December 31, 2013 |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

**2. Income other than from employment or operation of business**

None
X

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
|        |        |
|        |        |
|        |        |

**3. Payments to creditors**

None
X

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
|                              |                   |             |                    |
|                              |                   |             |                    |
|                              |                   |             |                    |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|
| See attached list at Exhibit 3b | Various | $135,702 | |
|                              |                              |                                   |                    |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|----------------------------------------------------------|-----------------|-------------|--------------------|
| See attached Exhibit 3c for payments between related entities – Total amount paid BSSJ | 6/18/2015 | $2,000 | |
|                                                          |                 |             |                    |
|                                                          |                 |             |                    |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

X

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

None

X

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5.    Repossessions, foreclosures and returns**

None

X

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**6.    Assignments and receiverships**

None

X

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
|  |  |  |
|  |  |  |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

None
X

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| | | | |
| | | | |

**7.   Gifts**

None
X

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**8.   Losses**

None
X

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |
| | | |

**9.   Payments related to debt counseling or bankruptcy**

None
X

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |
| | | |
| | | |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

**10.  Other transfers**

None
X

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

None
X

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to
a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
|  |  |  |

None
X

**11.  Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
|  |  |  |

None
X

**12.  Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

**13.  Setoffs**

None
X

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
|  |  |  |
|  |  |  |

**14.  Property held for another person**

List all property owned by another person that the debtor holds or controls.

None
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Terra Bioenergy, LLC 5701 Stockyards Expressway St. Joseph, MO 64504 | Debtor's plant assets are located on real property owned by Terra, which is leased to Debtor | 5701 Stockyards Expressway St. Joseph, MO 64504 |
|  |  |  |
|  |  |  |
|  |  |  |

**15.  Prior address of debtor**

None
X

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

None
X

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

**17. Environmental Information.**

None
X

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☐

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

None
☐

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

None
☐

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

---

**18**.   **Nature, location and name of business**

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
X

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

9 of 14

4963264v1/26390-0001

American LegalNet, Inc.
www.Forms*Workflow*.com

Official Form 7
(04/07)

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

None
X

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
|  |  |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.  Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jerry Washburn, CFO 5701 Stockyards Expressway St. Joseph, MO 64504 | June 2007 - current |
| Barry Beal, Accounting Manager 5701 Stockyards Expressway St. Joseph, MO 64504 | June 2008 - current |

None
X

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
|  |  |  |
|  |  |  |

American LegalNet, Inc.
www.FormsWorkflow.com

4963264v1/26390-0001

Official Form 7
(04/07)

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Moss Adams  (2010-2012 auditors) | 8800 East Raintree Drive Suite 210 Scottsdale, AZ  85206 (T) 480-444-3424 |
| Hein & Associates (tax accountants) | 1999 Broadway Suite 4000 Denver, CO  80202 303-298-9600 Timothy Snider |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Various potential and current investors for capital purposes, and financial institutions and vendors in the normal course of business | Regularly, Upon Request |
|  |  |
|  |  |
|  |  |

**20.  Inventories**

None
X

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

None
X

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
|  |  |
|  |  |
|  |  |

American LegalNet, Inc.
www.FormsWorkflow.com

4963264v1/26390-0001

Official Form 7
(04/07)

**21**. **Current Partners, Officers, Directors and Shareholders**

None
X

a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

None
☐

b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Blue Sun Biodiesel, LLC | Member | 80% |
| Gorton Research Enterprises, LLC | Member | 10% |
| Juniper Resources, LLC | Member | 10% |
|  |  |  |
|  |  |  |

None
X

**22**.    **Former partners, officers, directors and shareholders**

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
|  |  |  |

None
X

b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
|  |  |  |
|  |  |  |

American LegalNet, Inc.
www.FormsWorkflow.com

4963264v1/26390-0001

Official Form 7
(04/07)

**23**.  **Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Refer to Exhibit 3c for related entity payment | 6/18/2015 | $2,000 |
| | | |
| | | |
| | | |
| | | |

None
X

**24.  Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |
| | |

None
X

**25.  Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |
| | |

* * * * * *

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 7
(04/07)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____
                                   of Debtor

Date _____     Signature _____
                                   of Joint Debtor
                                   (if any)

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___July 31, 2015_____     Signature ___*/s/Jerry Washburn*_____

                                          Jerry Washburn, Chief Financial Officer
                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>5</u> continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 t/.S.C. § 156.*

4963264v1/26390-0001

American LegalNet, Inc.
www.FormsWorkflow.com

| Blue Sun Advanced Fuels, LLC | | | | | Exhibit 3b |
| --- | --- | --- | --- | --- | --- |
| All Payments to Creditors | | | | | |
| May 1, 2015 - July 31, 2015 | | | | | |
| | | | | | |
| | | | | | |
| Posting Date | Bank Account | Document Type | Document No. | Description | Amount |
| 05/04/15 | Operating | EFT | 153 | Choctaw-Kaul Distribution Co. | $ (176.48) |
| 05/04/15 | Operating | EFT | 154 | Manufacturers Edge | (646.98) |
| 05/04/15 | Operating | EFT | 155 | Ham-Let | (434.70) |
| 05/04/15 | Operating | EFT | 156 | Manufacturers Edge | (79.31) |
| 05/04/15 | Operating | EFT | 157 | Manufacturers Edge | (1,587.09) |
| 05/04/15 | Operating | EFT | 158 | R/S Electric Motor Services | (1,094.60) |
| 05/04/15 | Operating | EFT | 159 | Kim Supply/Service Champ | (818.92) |
| 05/04/15 | Operating | EFT | 160 | Manufacturers Edge | (370.50) |
| 05/04/15 | Operating | EFT | 161 | KCP&L | (5,424.93) |
| 05/04/15 | Operating | EFT | 162 | Bruce Baughman | (2,492.73) |
| 05/04/15 | Operating | EFT | 163 | Randy Rutherford | (525.00) |
| 05/04/15 | Operating | EFT | 164 | Mathew Holiman | (150.00) |
| 05/08/15 | Operating | Check | 153 | Check for Vendor ACE DELIVERY | (30.00) |
| 05/08/15 | Operating | Check | 154 | Check for Vendor AITCHISON RICHMOND | (5.50) |
| 05/08/15 | Operating | Check | 155 | Check for Vendor BOLIN HYDRAULIC | (39.95) |
| 05/08/15 | Operating | Check | 156 | Check for Vendor CLAY CARRIER | (42.50) |
| 05/08/15 | Operating | Check | 157 | Check for Vendor FASTENAL COMPANY | (103.70) |
| 05/08/15 | Operating | Check | 158 | Check for Vendor IBT INC | (189.50) |
| 05/08/15 | Operating | Check | 159 | Check for Vendor JAMIESON MACHINE | (132.75) |
| 05/08/15 | Operating | Check | 160 | Check for Vendor KELLY SERVICES, INC. | (1,004.25) |
| 05/08/15 | Operating | Check | 161 | Check for Vendor LAKE ROAD WAREHOUSE | (50.00) |
| 05/08/15 | Operating | Check | 162 | Check for Vendor LEE MATHEWS EQUIP | (463.15) |
| 05/08/15 | Operating | Check | 163 | Check for Vendor REARDON MACHINE | (510.00) |
| 05/08/15 | Operating | Check | 164 | Check for Vendor SIGMA ALDRICH | (555.42) |
| 05/08/15 | Operating | Check | 165 | Check for Vendor STEWART BEN | (207.80) |
| 05/08/15 | Operating | Check | 166 | Check for Vendor ULINE | (86.90) |
| 05/08/15 | Operating | Check | 167 | Check for Vendor WAYNE OSBORN | (1,344.38) |
| 05/14/15 | Operating | Check | 168 | Check for Vendor KCPL | (7,197.78) |
| 05/14/15 | Operating | Check | 169 | Check for Vendor WACHTER | (965.00) |
| 05/15/15 | Operating | EFT | 170 | KCP&L | (7,197.78) |
| 05/21/15 | Operating | Check | 170 | Check for Vendor KANSAS CITY VALVE | (1,590.31) |
| 05/21/15 | Operating | Check | 171 | Check for Vendor ST JOSEPH ELEC | (103.20) |
| 05/21/15 | Operating | Check | 172 | Check for Vendor VANS DISTRIBUTING | (162.50) |
| 05/21/15 | Operating | Check | 173 | Check for Vendor VWR INT. | (339.38) |
| 05/29/15 | Operating | Check | 174 | Check for Vendor CINTAS | (71.80) |
| 05/29/15 | Operating | Check | 175 | Check for Vendor WACHTER | (650.00) |
| 05/29/15 | Operating | EFT | 176 | Kim Supply/Service Champ | (1,140.98) |
| 05/29/15 | Operating | EFT | 177 | Zoro Tools | (85.50) |
| 06/05/15 | Operating | Check | 176 | Check for Vendor CINTAS | (181.56) |
| 06/05/15 | Operating | Check | 177 | Check for Vendor CLAY CARRIER | (17.50) |
| 06/05/15 | Operating | Check | 178 | Check for Vendor PRAXAIR DISTRIBUTION | (1,041.88) |
| 06/05/15 | Operating | Check | 179 | Check for Vendor REARDON MACHINE | (108.00) |
| 06/05/15 | Operating | Check | 180 | Check for Vendor WACHTER | (2,000.00) |
| 06/12/15 | Operating | Check | 181 | Check for Vendor WACHTER | (2,000.00) |
| 06/12/15 | Operating | Check | 182 | Check for Vendor ZORO TOOLS | (395.62) |

| Posting Date | Bank Account | Document Type | Document No. | Description | Amount |
|---|---|---|---|---|---|
| 06/12/15 | Operating | EFT | 183 | Cintas | (215.78) |
| 06/19/15 | Operating | Check | 183 | Check for Vendor HANNA RUBBER | (660.51) |
| 06/19/15 | Operating | Check | 184 | Check for Vendor IHP INDUSTRIAL | (1,792.48) |
| 06/19/15 | Operating | Check | 185 | Check for Vendor WACHTER | (1,240.00) |
| 06/19/15 | Operating | Check | 186 | Check for Vendor KANSAS CITY VALVE | (1,590.31) |
| 06/19/15 | Operating | EFT | 187 | Cintas | (191.42) |
| 07/02/15 | Operating | Check | 187 | Check for Vendor CINTAS | (176.98) |
| 07/02/15 | Operating | Check | 188 | Check for Vendor HANNA RUBBER | (88.46) |
| 07/02/15 | Operating | Check | 189 | Check for Vendor WACHTER | (3,867.50) |
| 07/07/15 | Operating | EFT | 190 | KCP&L | (6,815.93) |
| 07/22/15 | Operating | EFT | 191 | Chase Master Card | (481.00) |
| 42216 | Operating | EFT | | Shamrad | (36,081.00) |
| 42216 | Operating | EFT | | Pioneer Industrial | (17,192.00) |
| 42216 | Operating | EFT | | Kim Supply | (2,208.00) |
| 42216 | Operating | EFT | | Grayloc | (12,895.00) |
| 42216 | Operating | EFT | | Reardon | (5,970.00) |
| 42216 | Operating | EFT | | Pioneer Industrial | (420.00) |
| | | | | | |
| TOTAL | | | | | $ (135,702.20) |
| | | | | | |

| Blue Sun entities | | | | | EXHIBIT 3c |
| --- | --- | --- | --- | --- | --- |
| Intercompany Cash Transfers | | | | | |
| August 1 2014 - July 31, 2015 | | | | | |
| | | | | | |
| | | | | | |
| Date | BSAF | BSE | BSB | BSSJ | |
| 8/5/2014 | $        - | $        - | $    59,000.00 | $    (59,000.00) | |
| 8/7/2014 | 3,000.00 | - | - | (3,000.00) | |
| 8/13/2014 | - | - | 4,000.00 | (4,000.00) | |
| 8/20/2014 | 1,000.00 | - | 59,000.00 | (60,000.00) | |
| 8/28/2014 | - | - | 10,000.00 | (10,000.00) | |
| 8/29/2014 | 2,000.00 | - | - | (2,000.00) | |
| 9/2/2014 | - | 32,000.00 | - | (32,000.00) | |
| 9/3/2014 | 1,000.00 | - | 58,000.00 | (59,000.00) | |
| 9/5/2014 | - | 1,500.00 | (1,500.00) | - | |
| 9/12/2014 | - | - | 2,500.00 | (2,500.00) | |
| 9/18/2014 | - | - | 75,000.00 | (75,000.00) | |
| 9/19/2014 | - | - | (5,000.00) | 5,000.00 | |
| 9/24/2014 | - | 32,000.00 | - | (32,000.00) | |
| 9/26/2014 | - | - | 28,500.00 | (28,500.00) | |
| 9/30/2014 | - | - | (6,000.00) | 6,000.00 | |
| 10/2/2014 | - | 25,000.00 | 21,000.00 | (46,000.00) | |
| 10/3/2014 | 4,500.00 | - | - | (4,500.00) | |
| 10/9/2014 | - | - | 5,000.00 | (5,000.00) | |
| 10/17/2014 | - | - | 45,000.00 | (45,000.00) | |
| 10/21/2014 | 1,000.00 | - | 32,000.00 | (33,000.00) | |
| 10/24/2014 | - | - | 24,000.00 | (24,000.00) | |
| 10/30/2014 | - | - | 7,000.00 | (7,000.00) | |
| 10/31/2014 | - | 50,000.00 | 33,000.00 | (83,000.00) | |
| 11/6/2014 | - | - | 2,500.00 | (2,500.00) | |
| 11/7/2014 | - | 10,000.00 | - | (10,000.00) | |
| 11/12/2014 | - | - | 40,000.00 | (40,000.00) | |
| 11/21/2014 | 1,500.00 | - | 20,700.00 | (22,200.00) | |
| 11/24/2014 | 3,000.00 | - | - | (3,000.00) | |
| 11/26/2014 | - | - | 40,000.00 | (40,000.00) | |
| 12/4/2014 | - | 10,000.00 | - | (10,000.00) | |
| 12/5/2014 | - | - | 2,500.00 | (2,500.00) | |
| 12/12/2014 | - | - | 41,000.00 | (41,000.00) | |
| 12/16/2014 | 1,000.00 | - | 3,000.00 | (4,000.00) | |
| 12/22/2014 | 27,000.00 | - | 117,000.00 | (144,000.00) | |
| 12/23/2014 | - | - | 48,000.00 | (48,000.00) | |
| 12/30/2014 | - | 25,000.00 | 3,000.00 | (28,000.00) | |
| 1/8/2015 | 12,000.00 | 2,500.00 | 45,000.00 | (59,500.00) | |
| 1/9/2015 | 3,500.00 | - | - | (3,500.00) | |
| 1/22/2015 | 15,000.00 | - | 107,000.00 | (122,000.00) | |
| 1/28/2015 | - | - | 6,000.00 | (6,000.00) | |
| 2/5/2015 | 16,000.00 | - | 46,000.00 | (62,000.00) | |
| 2/9/2015 | 17,500.00 | - | - | (17,500.00) | |

| Blue Sun entities | | | | | EXHIBIT 3c |
|---|---|---|---|---|---|
| Intercompany Cash Transfers | | | | | |
| August 1 2014 - July 31, 2015 | | | | | |
| | | | | | |
| | | | | | |
| Date | BSAF | BSE | BSB | BSSJ | |
| 2/17/2015 | - | 10,000.00 | - | (10,000.00) | |
| 2/19/2015 | 42,000.00 | - | 42,000.00 | (84,000.00) | |
| 2/20/2015 | - | - | 9,000.00 | (9,000.00) | |
| 2/24/2015 | - | 10,000.00 | - | (10,000.00) | |
| 2/27/2015 | - | - | 3,000.00 | (3,000.00) | |
| 3/4/2015 | 15,000.00 | 7,900.00 | 25,700.00 | (48,600.00) | |
| 3/18/2015 | 16,000.00 | 12,000.00 | (148,000.00) | 120,000.00 | |
| 3/19/2015 | - | - | (132,000.00) | 132,000.00 | |
| 3/20/2015 | 3,000.00 | 1,000.00 | (43,000.00) | 39,000.00 | |
| 3/23/2015 | - | - | (200,000.00) | 200,000.00 | |
| 3/25/2015 | 2,200.00 | - | (98,400.00) | 96,200.00 | |
| 4/1/2015 | 500.00 | 25,000.00 | (155,000.00) | 129,500.00 | |
| 4/2/2015 | 200.00 | - | (8,000.00) | 7,800.00 | |
| 4/3/2015 | 1,000.00 | - | 4,000.00 | (5,000.00) | |
| 4/16/2015 | 16,000.00 | - | (21,000.00) | 5,000.00 | |
| 4/24/2015 | - | - | 15,000.00 | (15,000.00) | |
| 4/30/2015 | 26,000.00 | - | 61,000.00 | (87,000.00) | |
| 5/1/2015 | - | 10,000.00 | - | (10,000.00) | |
| 5/4/2015 | 5,500.00 | 2,000.00 | 24,500.00 | (32,000.00) | |
| 5/8/2015 | 5,000.00 | - | 1,500.00 | (6,500.00) | |
| 5/13/2015 | 17,500.00 | - | 51,500.00 | (69,000.00) | |
| 5/14/2015 | 8,000.00 | - | - | (8,000.00) | |
| 5/21/2015 | 3,000.00 | - | 1,500.00 | (4,500.00) | |
| 5/26/2015 | - | - | 7,000.00 | (7,000.00) | |
| 5/27/2015 | 19,000.00 | - | 39,000.00 | (58,000.00) | |
| 5/29/2015 | - | 1,500.00 | 27,500.00 | (29,000.00) | |
| 6/1/2015 | - | 10,000.00 | - | (10,000.00) | |
| 6/5/2015 | 3,000.00 | - | - | (3,000.00) | |
| 6/11/2015 | 20,000.00 | - | 44,500.00 | (64,500.00) | |
| 6/18/2015 | (2,000.00) | (1,000.00) | (500.00) | 3,500.00 | |
| 6/19/2015 | 5,500.00 | - | - | (5,500.00) | |
| 6/25/2015 | 19,500.00 | - | - | (19,500.00) | |
| 6/26/2015 | - | - | (41,500.00) | 41,500.00 | |
| 7/2/2015 | 11,000.00 | 45,000.00 | 69,000.00 | (125,000.00) | |
| 7/8/2015 | 17,000.00 | (10,000.00) | 40,000.00 | (47,000.00) | |
| 7/22/2015 | - | - | 2,000.00 | (2,000.00) | |
| 7/23/2015 | 19,000.00 | - | 50,000.00 | (69,000.00) | |
| 7/30/2015 | 73,346.00 | (73,346.00) | - | - | |
| | | | | | |
| NET AMOUNT | $        455,246 | $        238,054 | $        642,500 | $    (1,335,800) | |

| Blue Sun entities | | | | | EXHIBIT 3c |
|---|---|---|---|---|---|
| **Intercompany Cash Transfers** | | | | | |
| **August 1 2014 - July 31, 2015** | | | | | |
| | | | | | |
| | | | | | |
| **Date** | **BSAF** | **BSE** | **BSB** | **BSSJ** | |
| **TOTAL DISBURSMENTS** | $      (2,000) | $      (84,346) | $      (859,900) | $   (2,121,300) | |
| | | | | | |
| *Note:  Negative amounts represent disbursements and positive amounts represent reciepts.* | | | | | |

# United States Bankruptcy Court
## Western District of Missouri

In re    **Blue Sun Advanced Fuels**                          ,    Case No. _____

                                        Debtor

                                                  Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Blue Sun Biodiesel, LLC**<br>**1687 Cole Blvd**<br>**Suite 100**<br>**Golden, CO 80401** | **Stock** | **80%** | **Common Stock** |
| **Gorton Research Enterprises, LLC**<br>**4600 Madison Avenue**<br>**Suite 1100**<br>**Kansas City, MO 64112** | **Stock** | **10%** | **Common Stock** |
| **Juniper Resources, LLC**<br>**967 E Parkcenter Blvd**<br>**Boise, ID 83716** | **Stock** | **10%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___7/31/2015_____        Signature___/s/Jerry Washburn_____

                                                **Jerry Washburn**
                                                **CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Missouri

In re   **Blue Sun Advanced Fuels** _____   Case No.  _____

                                   Debtor(s)     Chapter   **11**  _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   7/31/2015 _____       /s/Jerry Washburn _____

                                            **Jerry Washburn**/**CFO**
                                          Signer/Title

BSAF MML.txt

Aitchison Richmond
502 Sylvanie Street
Dallas TX 75267-7205


Applied Research Associates
4300 San Mateo Blvd NE
Albuquerque NM 87110-0000


Badger Meter
Box 88223
Milwaukee WI 53288-0223


Baker Corp.-St.Louis Branch
2324 Kearbey L ane
South Roxana IL 62087-0000


Bruce Baughman
407 E. Orchard
Mahomet IL 61853-0000


Cintas
P.O. Box 88005
Chicago IL 60680-1005


Cullum and Brown of K.C., Inc.
P.O. Box 12438
Kansas City MO 64116-0000


Ferguson Enterprises, Inc.
1845 E. Indian School Road
Phoenix AZ 85016-0000


Hanna Rubber Co.
908 West 25th Street
Kansas City MO 64108-0000


Henneman Engineering Inc.
1605 S. State Street
Champaign IL 61820-0000


Hero Flare
445 FM 20
Bastrop TX 78602-0000


JCI Industries, Inc.
1110 S 14th Ave
Dodge City KS 67801-0000


Johnson Controls
P.O. Box 730068
Dallas TX 75373-0000

BSAF MML.txt

KCP&L
P.O. Box 219703
Kansas City MO 64121-0000


Messplay Machinery Co.
7822 Conser Place
Overland Park KS 66204-0000


Mid-States Supply Co. Inc.
NW6275
Minneapolis MN 55485-6275


Midwest Mobile Radio Service, Inc.
812 S. 10th Street
Saint Joseph MO 64501-3694


Mobile Mini, Inc.
4646 E. Van Buren, Suite 400
Phoenix AZ 85008-0000


Patriarch Oleo
P.O. Box 355
Garrett IN 46738-0355


Praxair Distribution
Dept. CH 10660
Palatine IL 60055-0660


Reardon Machine Co.
5015 S.E. Highway 169
Saint Joseph MO 64507-0000


Spraying Systems Co.
PO Box 7900
Wheaton IL 60187-7901


St. Joseph Electrical
1515 Buchanan
Saint Joseph MO 64501-0000


Terra Bioenergy, LLC
5701 Stockyards Expressway
Saint Joseph MO 64504-0000


United Rentals
P.O. Box 840514
Dallas TX 75284-0514


Van's Distributing Co.

BSAF MML.txt

403 Mulberry St.
Braddyville IA 51631-0000


VWR International, LLC
P.O. Box 640169
Pittsburgh PA 15264-1069


Wachter, Inc.
16001 West 99th Street
Lenexa KS 66219-0000


Winsupply
818 South 6th Street
Saint Joseph MO 64501-0000


ZW Tech
3901 Fairbanks Ave
Kansas City KS 66106-0000

# United States Bankruptcy Court
## Western District of Missouri

In re   **Blue Sun Advanced Fuels** _____   Case No. _____

Debtor(s)                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blue Sun Advanced Fuels**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blue Sun Biodiesel, LLC**
**1687 Cole Blvd**
**Suite 100**
**Golden, CO 80401**

**Gorton Research Enterprises, LLC**
**4600 Madison Avenue**
**Suite 1100**
**Kansas City, MO 64112**

**Juniper Resources, LLC**
**967 E Parkcenter Blvd**
**Boise, ID 83716**

☐ None [*Check if applicable*]

7/31/2015
_____
Date

/s/Todd A. Burgess
**Todd A. Burgess 19013**
Signature of Attorney or Litigant
Counsel for   **Blue Sun Advanced Fuels**
**Gallagher & Kennedy, P.A.**
**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
**602-530-8000 Fax:602-530-8500**
**john.clemency@gknet.com**